J-A21037-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| JEAN-GILLES THIBAULT AND GLORIA THIBAULT, HIS WIFE, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | |
| v. | |
| NANCY KERR, | |
| Appellee | No. 596 WDA 2017 |

Appeal from the Order Entered April 11, 2017
In the Court of Common Pleas of Allegheny County
Civil Division at No(s): GD16-5536

BEFORE:  BENDER, P.J.E., OLSON, J., and STABILE, J.

DISSENTING MEMORANDUM BY BENDER, P.J.E.:     FILED: March 9, 2018

The Majority, relying on the Restatement (Second) of Torts § 303, determines that Nancy should have realized that walking toward the tree was likely to affect Jean-Gilles's standing on the ladder in such a manner as to create an unreasonable risk of harm to him.  I disagree.  Jean-Gilles described the incident as follows:

> [Nancy's Attorney]: So Nancy comes into the backyard, she starts walking towards the tree?
>
> [Jean-Gilles]: Uh-huh.
>
> [Nancy's Attorney]: Right so far?
>
> [Jean-Gilles]: Yeah.
>
> [Nancy's Attorney]: Okay.  And from your observation, she was maybe going to walk under the branch that you were cutting?
>
> [Jean-Gilles]: Correct.
>
> [Nancy's Attorney]: Okay.

[Jean-Gilles]: Uh-huh.

[Nancy's Attorney]: And when you saw her walking in that direction, you said something to her, like, Nancy, get away, or don't walk under the branch, something like that?

[Jean-Gilles]: That is when I motioned (indicating). I lost the balance myself because I was afraid the branch was going to fall on her head.

[Nancy's Attorney]: Okay. So while you were saying, Nancy, get away, or something like that you, you make a motion with [your] right hand, also?

[Jean-Gilles]: Yes, and this is why I lost -- I lost and I went back and (indicating)…[.]

***

[Nancy's Attorney]: Like when you were waving at Nancy, when you were waving her out of the way, how far away from you was she?

[Jean-Gilles]: She was about, I would say, 8 feet, 8 feet in the ball park.

Deposition of Jean-Gilles, filed 1/9/2017, at 18-19, 22-23.

Based on the foregoing, I do not believe that Nancy should have realized that, by starting to walk towards Jean-Gilles on the ladder and in the direction of the tree branch he was cutting, she would affect Jean-Gilles in such a way as to create an unreasonable risk of harm to him. Accordingly, I respectfully dissent.